United States District Court
Southern District of Texas
**ENTERED**
October 14, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CORA SKINNER, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:19-cv-186 |
| | § | |
| RED TAPE, INC, d/b/a STILETTO'S | § | |
| & RED TAPE VI, INC., d/b/a | § | |
| STILETTO'S | § | |
| Defendants. | § | |

## ORDER

On October 13, 2020, the parties filed a joint motion to extend the deadline in the scheduling order. Dkt. No. 25.

The motion is granted. The new deadlines are as follows:

Plaintiffs shall designate their expert witnesses and provide a report no later than November 20, 2020. Defendants shall designate their expert witnesses and provide a report no later than December 21, 2020.

Discovery must be completed no later than March 1, 2021.

Dispositive motions shall be filed no later than March 15, 2021.

Non-dispositive motions shall be filed no later than March 30, 2021.

The joint pretrial order shall be filed no later than April 5, 2021.

DONE at Brownsville, Texas on October 14, 2020.

_____
Ronald G. Morgan
United States Magistrate Judge