IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JAMIE MIDDLETON<br>A/K/A JAMIE EASON;<br>JESSICA "JESSA" HINTON;<br>JESSICA BURCIAGA;<br>JOANNA KRUPA;<br>MASHA LUND;<br>AND SARA UNDERWOOD<br><br>PLAINTIFFS<br><br>V.<br><br>RED TAPE, INC. D/B/A<br>STILETTO'S AND RED TAPE VI,<br>INC. D/B/A STILETTO'S | § § § § § § § § § § § § § § § | Civil Action No.: 1:19-CV-00186 |

On December 17, 2020, the parties filed an Agreed Motion to Amend Scheduling Order. Dkt. No. 27.

The Motion is granted. The new deadlines are as follows:

Defendants shall designate their expert witnesses and provide a report no later than January 29, 2021.

Plaintiffs shall designate their rebuttal experts and provide a report no later than February 8, 2021.

Defendants shall designate their rebuttal experts and provide a report no later than March 10, 2021.

Discovery must be completed no later than March 31, 2021.

Dispositive motions shall be filed no later than April 14, 2021.

Non-dispositive motions shall be filed no later than April 29, 2021.

The Joint Pretrial Order shall be filed no later than May 5, 2021.

Signed this _____ day of _____, 2020.

_____
Ronald G. Morgan
United States Magistrate Judge