United States District Court
Southern District of Texas
**ENTERED**
February 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CORA SKINNER, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:19-cv-186 |
| | § | |
| RED TAPE, INC, d/b/a STILETTO'S | § | |
| & RED TAPE VI, INC., d/b/a | § | |
| STILETTO'S | § | |
|     Defendants. | § | |

## ORDER

On January 29, 2021, the parties filed an agreed motion to extend the deadlines for the Defendants to designate expert witnesses. Dkt. No. 29.

The motion is granted. Defendants shall designate their expert witnesses and provide a report no later than February 12, 2021.

All other deadlines remain unchanged.

DONE at Brownsville, Texas on February 1, 2021.

_____
Ronald G. Morgan
United States Magistrate Judge