LAW OFFICES OF
**BURT BARR & ASSOCIATES, L.L.P.**
P.O. BOX 223667
DALLAS, TEXAS 75222-3667
(214) 943-0012
FAX (214) 943-0048

March 11, 2021

**Via e-file:**
Clerk of Court
332nd District Court
100 N. Closner
Edinburg, TX 78539

*Re:   Jamie Middleton a/k/a Jamie Eason; Jessica "Jessa" Hinton; Jessica Burciaga; Joanna Krupa; Masha Lund and Sara Underwood vs Red Tape Ins d/b/a Stiletto's and Red Tape VI Inc d/b/a Stiletto's Gentlemen's Club Cabaret: Cause No. C-3636-17-F: In the 332nd Judicial District Court of Hidalgo County, Texas*

Dear Clerk:

I am designating the following dates as vacation: July 2, 5, 6, and 7.  I ask that no hearings, depositions or trials be set during this time.

By copy of this correspondence, counsel of record is receiving same.

Thank you for your attention to this matter.

Sincerely,

Luke Radney
Attorney at Law

LGR/epm

cc:   All Counsel of Record - *via e-serve*