United States District Court
Southern District of Texas
**ENTERED**
May 13, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CORA SKINNER, et al., § | |
|    Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. 1:19-cv-186 |
| § | |
| RED TAPE, INC, d/b/a STILETTO'S § | |
| & RED TAPE VI, INC., d/b/a § | |
| STILETTO'S § | |
|    Defendants. § | |

## **ORDER**

On December 18, 2021, the Court ordered the parties to file the joint pretrial order no later than May 5, 2021. Dkt. No. 28.

On March 31, 2021, the parties asked for a continuance of the deadlines to complete discovery and file dispositive motions. Dkt. No. 32. On April 1, 2021, the Court granted the motion, reset the deadline to file dispositive motions to May 15, 2021, but did not reset the deadline for the joint pretrial order.

The deadline for filing the joint pretrial order is stayed and will be reset after the Court rules on any dispositive motions. The dispositive motions shall be due no later than May 17, 2021.

DONE at Brownsville, Texas on May 13, 2021.

                                                Ronald G. Morgan
                                                United States Magistrate Judge